Motion
Granted; Appeal Dismissed and Memorandum Opinion filed August 16, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00466-CV

____________

 

HUNTON SPECIALTY PRODUCTS, Appellant

 

V.

 

CHRISTOPHER YOUNG and S&S HVAC EQUIPMENT, L.L.C.,
Appellees

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2011-28598

 



 

M E M O R
A N D U M   O P I N I O N

This is
an interlocutory appeal from a temporary injunction signed May 23, 201A.  On July
25, 2011, appellant filed an unopposed motion to dismiss the appeal as moot
because the trial court has vacated the order that is the subject of the appeal. 
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Brown, and
Christopher.